UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID CHAVEZ,<br><br>                    Plaintiff,<br><br>     v.<br><br>DEPUTY DOUG HOLLENBECK and MEGAN WHITMIRE,<br><br>                    Defendants. | NO:  13-CV-5125-RMP<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE |

   BEFORE THE COURT is Plaintiff David Chavez's Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a).  Defendants have not been served in this action.  Accordingly, **IT IS ORDERED** Plaintiff's Motion, ECF No. 12, is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

   Plaintiff also filed two documents which are liberally construed as a Motion and Affidavit to waive collection of the remaining balance of the filing fee in this action.  For good cause shown, **IT IS ORDERED** Plaintiff's Motion, ECF No. 13, is **GRANTED** and the institution having custody of Mr. Chavez shall cease collection of the filing fee in this action, cause number **13-CV-5125-RMP.**

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff and close the file.  The District Court Executive is further directed to send a copy of this Order to the **Benton County Jail, Attn: Jail Office Supervisor, 7122 Okanogan Bldg B, Kennewick, WA 99336,** to forward to the appropriate agency having custody of Plaintiff.  The District Court Executive also **shall** provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

**DATED** this 23rd day of December 2013.

        *s/ Rosanna Malouf Peterson*
        ROSANNA MALOUF PETERSON
        Chief United States District Court Judge